JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE RUBIN, et al., | Case No. 2:22-cv-02692-RGK-PLAx |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| UBER TECHNOLOGIES, et al., | |
| Defendant(s). | |

On April 29 2022, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [41]. Plaintiff's response to the Order to Show Cause was due by May 4, 2022. As of this date, no response has been filed to the Order to Show Cause. Therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: May 13, 2022

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE