**JS6**

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE RUBIN, AUBREY RUBIN, and DAMIAN TREJO,<br><br>        Plaintiffs,<br><br>      vs.<br>UBER TECHNOLOGIES, INC., RASIER LLC, RASIER-CA LLC and CARLOS IVAN SILVA VELASQUEZ,<br><br>        Defendant. | Case No.: **2:22-cv-02692-RGK-PLA**<br><br>~~**PROPOSED**~~ **ORDER OF DISMISSAL WITH PREJUDICE**<br>**[92]** |

Having considered the Plaintiffs' Notice of Voluntary Dismissal with Prejudice and finding good cause therefore, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice. This case is closed and all pending motions are DENIED as moot. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement.

Dated: __10/24/2022_____

Signed: _____*Gary Klausner*_____

Hon. R. Gary Klausner
U.S. District Judge

1